# UNITED STATES DISTRICT COURT
## for the
### Northern District of California
### San Francisco Division

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 29 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| craigslist, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. C 09-04738 JW |
| Shui Yung Richard Tse aka Eddie Temple, d/b/a ) | |
| craigspimp.com and shadydollars.com, ) | MC-11-00007-CI |
| Eddie Temple Promotions LTD, ) | |
| *Defendants* | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __June 27, 2011__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 7/26/11

**RICHARD W. WIEKING**

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., | NO. C 09-04738 JW |
| Plaintiff, | **JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| Shui Yung Richard Tse aka Eddie Temple, d/b/a craigspimp.com and shadydollars.com, Eddie Temple Promotions LTD, | |
| Defendants. | |

Pursuant to the Court's June 27, 2011 Order Granting Plaintiff's Motion for Default Judgment, judgment is entered in favor of Plaintiff craigslist, Inc., against Defendants Shui Yung Richard Tse, aka Eddie Temple, and Eddie Temple Promotions.

Judgment is entered against Defendants for statutory damages in the sum of $1,639,075.45, which represents $300,000 pursuant to 17 U.S.C. § 504(c), $1,177,000 in breach of contract damages, and $162,075.45 in attorney fees and costs. The Court enjoins Shui Yung Richard Tse, aka Eddie Temple, and Eddie Temple Promotions Limited, and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them who receive actual notice of the injunction from:

    1. Posting false or misleading content on craigslist;

    2. Posting ads on behalf of others, causing ads to be posted on behalf of others, and accessing craigslist to facilitate posting ads on behalf of others;

    3. Using a third-party agent, service, or intermediary to post content to craigslist;

4. Using any automated device or computer program that enables postings on craigslist without each posting being entered manually (an "automated posting device"), including, without limitation, the use of any automated posting device to submit postings to craigslist in bulk;

5. Manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, importing, making available, trafficking in, or using content that uses automated means (including, but not limited to, spiders, robots, crawlers, data mining tools, and data scraping tools) to download or otherwise obtain data from craigslist;

6. Engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of, craigslist's services or the craigslist website;

7. Copying, distributing, displaying, creating derivative works or otherwise using protected elements of craigslist's copyrighted website (located at www.craigslist.org), including, but not limited to, the website's post to classifieds, account registration and account log in expressions and compilations, and from inducing, encouraging, causing or materially contributing to any other person or entity doing the same;

8. Circumventing technological measures that control access to craigslist's copyrighted website and/or portions thereof (including, but not limited to, CAPTCHAs and RECAPTCHAs), and from inducing, encouraging, causing or materially contributing to any other person or entity doing the same;

9. Accessing or attempting to access craigslist's computers, computer systems, computer network, computer programs, and data, without authorization or in excess of authorized access, including, but not limited to, creating accounts or posting content on the craigslist website, and from inducing, encouraging, causing, materially contributing to, aiding or abetting any other person or entity to do the same;

10. Misusing or abusing craigslist, the craigslist website and craigslist services in any way, including, but not limited to, violating craigslist's Terms of Use;

11. Accessing or using craigslist's website for any commercial purpose whatsoever;

12. Using the CRAIGSLIST mark and any confusingly similar designations in Internet advertisements and otherwise in commerce in any manner likely to confuse consumers as to their association, affiliation, endorsement or sponsorship with or by craigslist; and

13. Registering or using any internet domain name that contains "cl," "craig" or "craigslist" in association with any commercial purpose or in a manner that is likely to lead to confusion.

IT IS SO ORDERED.

The Clerk shall close this file.

Dated: June 27, 2011

JAMES WARE
United States District Chief Judge

2

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EmcDougall@perkinscoie.com
James Robert McCullagh jmccullagh@perkinscoie.com

Dated: June 27, 2011                                Richard W. Wieking, Clerk

                                                    By:   /s/ JW Chambers
                                                          Susan Imbriani
                                                          Courtroom Deputy

United States District Court
For the Northern District of California